IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-2117-RM

BRYAN BRIAND,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT**

---

Plaintiff's Unopposed Motion for an Award of Attorney Fees pursuant to 28 USC 2412 (EAJA), filed October 6, 2021, is GRANTED. In consideration thereof, it is ORDERED that the Plaintiff be paid a reasonable attorney fee of $7,500.00. It is further ordered that the EAJA fees will be paid to Plaintiff but delivered to Plaintiff's attorney at her business/home address: Chris R. Noel, Attorney at Law, 2032 Balsam Drive, Boulder, CO 80304-3618.

DATED this 12th day of October, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge